■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS LEE JONES, Appellant. [605 NYS2d 890] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered October 22, 1992, convicting him of criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JONES, Appellant. [605 NYS2d 890] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered July 16, 1991, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant's decision to discard a bag of cocaine during a police pursuit was not a spontaneous reaction to the police action, but was an independent act involving a calculated risk (see, People v Boodle, 47 NY2d 398, cert denied 444 US 969; People v White, 190 AD2d 768; People v Price, 194 AD2d 634; People v Dukes, 184 AD2d 522; People v Stewart, 174 AD2d 769; People v Martin, 140 AD2d 632; cf., People v Scott, 82 NY2d 729). Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.